**DISMISS and Opinion Filed April 13, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-21-01112-CV**
_____

**SWEETA WALIA AND JEWEL DENTAL GROUP, P.L.L.C., Appellants**
**V.**
**DANA GLOBAL INVESTMENTS, INC., Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-05754**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Partida-Kipness
Opinion by Justice Schenck

By opinion and judgment dated February 28, 2022, we dismissed this appeal on the parties' agreed motion. Before the Court is appellants' unopposed motion for rehearing requesting that the trial court's judgment be vacated pursuant to the parties' settlement agreement. We grant appellants' motion and vacate our February 28 opinion and judgment. The following is now the opinion of the Court.

Pursuant to the parties' settlement agreement, we vacate the trial court's judgment and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(2)(A).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

211112F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SWEETA WALIA AND JEWEL
DENTAL GROUP, P.L.L.C.,
Appellants

No. 05-21-01112-CV       V.

DANA GLOBAL INVESTMENTS,
INC., Appellee

On Appeal from the 160th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-05754.
Opinion delivered by Justice
Schenck. Justices Osborne and
Partida-Kipness participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's judgment and **DISMISS** the appeal with prejudice.

Subject to any agreement between the parties, we **ORDER** that appellee Dana Global Investments, Inc. recover its costs of the appeal from appellants Sweeta Walia and Jewel Dental Group, P.L.L.C.

Judgment entered April 13, 2022

–2–